# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANTHONY BLOUNT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0261

_____

October 17, 2025

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Jeremy Clark and Tyler Vaughn of Clark│Hartpence Law, St. Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.